Lisa M. Jones-Mason
Debtor and Plaintiff pro se
26 Palfrey Lane
Willingboro, NJ 08046-2609
(609) 556-0876
Lisjonesdt3235@gmail.com

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

2023 APR 19 P 2: 33

JEANNE A. NAUGHTON

BY: _____
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------X
In re

LISA M. JONES-MASON,

        Debtor.
-----------------------------------------------X
LISA M. JONES-MASON,

        Plaintiff,

-against-

WILLINGBORO TOWNSHIP and TRYSTONE
CAPITAL ASSETS, LLC,

        Defendants.
-----------------------------------------------X

Chap. 13

Case no. 22-13530-MBK

**APPLICATION**

Adversary no. 23-1093-MBK

    Plaintiff-debtor Lisa M. Jones-Mason, states the following is true and correct, under penalty of perjury:

    1.    This application is made, pursuant to Rule 7065 of the Federal Rules of Bankruptcy Procedure and D.N.J. LBR-7065.1, for injunctive relief, specifically to stay any enforcement action by defendant Willingboro Township ("Willingboro") and pending final disposition of this motion, to stay Willingboro from taking any enforcement action. That is, I am requesting a preliminary injunction against Willingboro, as well as a temporary restraining order.

1

## Background

2. The instant adversary proceeding was commenced on April 6, 2023 with the filing of the complaint. The complaint was amended to correct errors and to include a verification as required by LBR-7065.1. Copy of the amended summons and amended complaint are annexed as Exhibit 1. The amended summons and complaint have not been served, they shall be served along with this order to show cause.

3. The amended complaint has three causes of action: (1) to disallow or drastically reduce the amount of Trystone's lien; (2) to obtain relief for Willingboro's violation of the automatic stay; (3) to obtain relief for the acts of Willingboro in causing damage to plaintiff's property and for injunctive relief stopping Willingboro from any enforcement action, up to and including seizing plaintiff's property. The third cause is the basis of the instant application.

4. Plaintiff is the owner in fee of 26 Palfrey Lane, Willingboro, NJ 08046-2609, without a mortgage. In December 2017, plaintiff learned that her payment, by cashier's check of property taxes to Willingboro was never processed, despite receiving a receipt. Copy of the check and receipt are annexed as Exhibit 2. Willingboro refused to make any accommodation to plaintiff and continued to charge plaintiff interest as if she never made payment. It also refused to allow plaintiff to make partial payments on taxes, saying she owed $40,000-some odd and would not accept any partial payments.

5. To add insult to injury, Willingboro violated the automatic stay by seizing the following property on May 20, 2022: her 2001 Jeep Cherokee Limited and GMC Workhorse-Ice Cream Conversion truck, two grills, lawnmower, real estate signs, ceramic tiles, moulding, portable sink, a generator, four Rubbermaid totes of belongings, a Baine Marie, lawn furniture, bar set, resin set, wicker set, etc.

6. But this was not enough for Willingboro, on May 17, 2019, despite plaintiff telling Township she would mow her lawn, it sent a crew that crashed and shattered the siding of plaintiff's home, tore down two posts and about seven feet of fencing, and damaged the concrete surrounding plaintiff's pool. It came back three times and caused further damage to the deck surrounding plaintiff's pool.

7. Following the actions of Willingboro on May 20, 2022, plaintiff found her windows were boarded up.

8. Willingboro now threatens to: "register that the property must be boarded," "register that the property be deemed vacant," and "begin procedures to acquire the property for alleged violations of code." *See*, Trystone Capital Assets, LLC's Second Opposition, annexed as Exhibit 3. Trystone, for its part, notes that Willingboro could then acquire a municipal lien that would be superior to its lien.

## Plaintiff is entitled to injunctive relief

9. As set forth in the accompanying memorandum of law, plaintiff is entitled to a temporary restraining order and a preliminary injunction.

10. This is the only application made for the relief requested herein.

Dated: Willingboro, NJ
April 13, 2023

_____
Lisa M. Jones-Mason

3