# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Adv. No.:    23-1093

Case No.:    _____

Hearing Date:    _____

Chapter:    _____

Chief Judge:    _____

## NOTICE OF HEARING

You are hereby notified of a hearing before Chief Judge _____,
United States Bankruptcy Judge.

**Reason for Hearing:**    _____

_____

**Location of Hearing:**    Courtroom No. _____

_____

_____

_____

**Date and Time:**    _____, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ❑  ARE REQUIRED   ❑  ARE NOT REQUIRED

DATE: _____            JEANNE A. NAUGHTON, Clerk

By: _____
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____, 20_____ this notice was served on the following:

JEANNE A. NAUGHTON, Clerk

By: _____
Deputy Clerk

*rev.1/4/17*