Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  Lisa M. Jones−Mason
Debtor

                                          Case No.: 22−13530−MBK
                                          Chapter 13

Lisa M. Jones−Mason
Plaintiff

v.

Willingboro Township
Defendant

Adv. Proc. No. 23−01093−MBK                      Judge: Michael B. Kaplan

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

      Please be advised that on August 21, 2023, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 58 − 47
ORDER GRANTING WILLINGBORO TOWNSHIP'S MOTION TO VACATE DEFAULT DISMISSING ADVERSARY COMPLAINT, AND DENYING MOTION FOR PRELIMINARY INJUNCTION (related document:47 Motion to dismiss case for other reasons re:Failure to State a Claim Filed by Stuart A. Platt on behalf of Willingboro Township. Hearing scheduled for 8/17/2023 at 09:00 AM at MBK − Courtroom 8, Trenton. (Attachments: # 1 Brief # 2 Exhibit # 3 Certification) filed by Defendant Willingboro Township). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. Signed on 8/21/2023. (wiq)

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 21, 2023
JAN: wiq

                                                                                         Jeanne Naughton
                                                                                         Clerk