# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Adv. No: 23-1093 |
| Lisa M. Jones-Mason vs. Willingboro Township, et al. | Case No.: 22-13530 |
| | Hearing Date: 9/27/2023 at 2:00 pm |
| | Chapter: 13 |
| | Chief Judge: Michael B. Kaplan |

## NOTICE OF HEARING

You are hereby notified of a hearing before Chief Judge  Michael B. Kaplan , United States Bankruptcy Judge.

**Reason for Hearing:** Motion to Reconsider

**Location of Hearing:** Courtroom No. 8
United State Bankruptcy Court
402 East State Street
Trenton, New Jersey 08608

**Date and Time:** September 27, 2023 at 2:00 pm, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: September 6, 2023

JEANNE A. NAUGHTON, Clerk

By: Wendy Quiles
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on September 6, 2023 this notice was served on the following: Debtor, Trustee, Attorney for Defendant.

JEANNE A. NAUGHTON, Clerk

By: Wendy Quiles
Deputy Clerk

*rev.1/4/17*